UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Diawain Adams, | Civil No. 14-cv-0977 (MJD/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| Minnesota Department of Corrections, Thomas Roy, *Commissioner of the Department of Corrections,* Yvonne Lerro-Miller, Sara Hard, Director of *Health Services*, Ellie Fuller, Lori Groby, N. Connolly, and Jean Nichole Jakubik, | |
| Defendants. | |

---

Gary M. Hazelton, Hazelton Law Firm PLLC, 677 Anne Street NW, Suite B, Bemidji, MN 56601; Mark N. Stageberg, Attorney at Law, 5101 Thimsen Avenue, Suite 201; Minnetonka, MN 55345 (for Plaintiff); and

Eric V. Brown, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101 (for Defendants).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 29, 2015 [Docket No. 29], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that State Defendants' Motion for Partial Dismissal of Plaintiff's Complaint [Docket No. 14] is **GRANTED** and the following claims are dismissed: all claims against the MNDOC; all claims

against MNDOC employees in their official capacities; and Counts I, II, and VI against Commissioner Roy and Director Hard in their individual capacities.

Date:  February 24, 2015               s/Michael J. Davis
                                       The Honorable Michael J. Davis
                                       Chief United States District Court Judge
                                       for the District of Minnesota